IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00039-CV

 

Nadine Tinnell Parsons, et al.,

                                                                      Appellants

 v.

 

Texas Department of Protective

& Regulatory Services, et al.,

                                                                      Appellees

 

 

 



From the 87th District Court

Limestone County, Texas

Trial Court # 25,125-B-1

 



MEMORANDUM 
Opinion



 








          On February 17, 2004, the Appellee Department filed a motion to
dismiss this appeal for want of prosecution. 
After Appellant filed a response on March 12, we denied the motion on
March 31.

          Notwithstanding
the prior motion and response and our letter to Appellant’s counsel dated June
24, in which we gave notice that the appeal may be dismissed for want of
prosecution if grounds for continuing it were not shown within ten days, we
have heard nothing from Appellant.  The
clerk’s record had been filed.  The
judgment is based on a summary judgment proceeding, and the reporter has
informed us that there is no record to be filed.  Appellant’s brief is long overdue.

          We
dismiss the appeal for want of prosecution.








 

 

PER CURIAM

 

 

Before Chief
Justice Gray,

Justice Vance,
and

Justice Reyna

Appeal dismissed

Opinion
delivered and filed September 15,
 2004

 

[CV06]